IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
    Douglas J. Zappi

                      Debtor

: Bankruptcy No. **19-21804**
:
: Chapter **7**

    **Douglas J. Zappi**
Movant

               v.

No Respondent

: Related to Document No. 1

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Robert O Lampl 19809**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Robert O Lampl**
    Signature
    **Robert O Lampl 19809**
    Typed Name
    **Benedum Trees Building**
    **223 Fourth Avenue, 4th Floor**
    **Pittsburgh, PA 15222**
    Address
    **412-392-0330 Fax:412-392-0335**
    Phone No.
    **19809 PA**
    List Bar I.D. and State of Admission

ZAPPI

BB&T Home Mortgage Payment Center
P.O. Box 580302
Charlotte, NC 28258-0302

Butcherine Refrigeration
422 Branchton Road
Slippery Rock, PA 16057

C.A. Curtze Food Service
1717 12th Street
PO Box 797
Erie, PA 16512

Capital One Services
P.O. Box 30285
Salt Lake City, UT 84130-0285

Dady & Gardner
80 South Eight Street
Minneapolis, MN 55402

Direct Capital
155 Commerce Way
Portsmouth, NH 03801

Enterprise Bank
4091 Mount Royal Boulevard
Allison Park, PA 15101

Financial Pacific
3455 S. 344th Way
Federal Way, WA 98001

First National Bank
P.O. Box 6122
Hermitage, PA 16148-0922

Goehring Rutter & Boehm Law
437 Grant Street
Pittsburgh, PA 15219

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Naffah Development
62 Oak Tree Drive
Canfield, OH 44406

Nichols Law Group
560 Rugh Street
Greensburg, PA 15601

Ohio Department of Taxation
PO Box 2678
Columbus, OH 43216-2678

Pennsylvania Department of Revenue
Department 280946
Harrisburg, PA 17128

State Auto Insurance
c/o Hunter Warfield

Page 1

ZAPPI
4645 S. Lakeshore Drive, Suite #11
Tempe, AZ 85282

Synchrony Bank
P.O. Box 530912
Atlanta, GA 30353-0912

Synchrony Bank / DICKs Reward
P.O. Box 965064
Orlando, FL 32896-5064

Synchrony Bank / TJMax
P.O. Box 965013
Orlando, FL 32896-5013

Sysco Cleveland, Inc.
4747 Grayton Road
Cleveland, OH 44135

The Chen Family, LP
6000 Steubenville Pike, Suite 101
Mc Kees Rocks, PA 15136

WesBanco
WesBanco Bank Inc.
1 Bank Plaza
Wheeling, WV 26003-3543